JOHN REILLY v. HOTEL ANSONIA CORPORATION and Another.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALEXANDER KARLIN, Appellant, v. CHARLES W. CULKIN, Sheriff of the County of New York, Respondent. In the Matter of the Investigation Ordered by the Appellate Division of the Supreme Court, First Department, etc., upon the Petition of the ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, NEW YORK COUNTY LAWYERS ASSOCIATION and BRONX COUNTY BAR ASSOCIATION, for an Inquiry by the Court into Certain Abuses and Illegal and Improper Practices Alleged in the Petition. ALEXANDER KARLIN, Appellant.— Orders affirmed. Appellant may apply forthwith for leave to be paroled in custody of his counsel. No opinion. Settle orders on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOSEPH MILLER v. SAUL MARGOLIES, Appellant. HANK CHEMICAL CO., INC., and Others.— Motion granted on condition that appellant furnish an undertaking in the sum of $500 to secure plaintiff and defendant, Dickinson-Renouf & Co., Inc. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HENRIETTA ROBB GREGG v. JOSHUA PERCIVAL GREGG.— Motion granted on condition that defendant furnish an undertaking in the sum of $5,000, and bring on the appeal for argument on April 13, 1928. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DANIEL N. COOKE, Appellant, v. ANCHOR SILK THROWING COMPANY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ERWIN OSTERMAIER, Appellant, v. THEODORE KREMER and Others, Defendants, Impleaded with BERNHART GOTTHART and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE OCEAN ACCIDENT AND GUARANTEE CORPORATION, LIMITED, OF LONDON, ENGLAND, Appellant, v. S. & A. J. COOPER REALTY CORPORATION, Respondent. UNIVERSAL PICTURES CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ELIZABETH A. FRENCH, Respondent, v. THE CHEMICAL NATIONAL BANK OF NEW YORK, as Trustee, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

REBECCA JAFFE and Another, Respondents, v. JACOB WIDELITZ, Appellant, Impleaded, etc.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN M. MANLY, Respondent, v. P. F. COLLIER & SON COMPANY and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.